FILED
2012 Jan-31 PM 07:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TESHIKA HOLMES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:11-cv-04004-SLB** |
| **CONSTAR FINANCIAL SERVICES,** ) | |
| **LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## PLAINTIFF'S MOTION TO VOLUNTARY DISMISS CLAIMS AGAINST CONSTAR FINANCIAL SERVICES, LLC

COMES NOW Teshika Holmes and respectfully requests this Honorable Court to dismiss Plaintiff's claims against Constar Financial Services, LLC as follows:

1. The Plaintiff and Defendant have resolved their differences and desire that the claims against the Defendant Constar Financial Services, LLC be dismissed with prejudice, costs taxed as paid.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Honorable Court to grant this Motion of dismissal with prejudice against the Defendant Constar Financial Services, LLC.



Respectfully Submitted,

/s/ John G. Watts
**John G. Watts (ASB-5819- T82J)**
**M. Stan Herring (ASB-1074-N72M)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ John G. Watts
OF COUNSEL

2