FILED
 2012 Feb-01  PM 01:54
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TESHIKA HOLMES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case Number  2:11-CV-4004-SLB |
| | ) |
| **CONSTAR FINANCIAL SERVICES, L.L.C.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is before the court on Plaintiff's Motion to Voluntary Dismiss Claims Against Constar Financial Services, LLC filed on January 31, 2012.  (Doc. 5.)[1]  It is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE**, this 1st day of February, 2012.

*Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1]  Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.